OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

**OFFICIAL BUSINESS**
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

U.S. POSTAGE

ZIP 78711
02 1W $000.27⁵
0001401603 OCT 29 2015

PITNEY BOWES

10/22/2015

WHITAKER, DANNY WAYNE
On this day, the application for
and presented to the Court.

Tr. Ct. No. W93-67363-U(A)         WR-84,082-01
11.07 Writ of Habeas Corpus has been received
                                        Abel Acosta, Clerk

Discharged

DANNY WAYNE WHITAKER
# 683518